IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  )  Plaintiff,  )  )  vs.  )  )  ROBERT SANTIAGO,  )  )  Defendant.  ) | CRIMINAL NO. 12-30131 -GPM |

# MEMORANDUM AND ORDER

**MURPHY, District Judge:**

On May 25, 2012, the Government filed a motion to designate this case as a multiple victim case pursuant to the Justice for All Act of 2004, 18 U.S.C. § 3771(d)(2). (Doc. 4). This motion was not opposed by the Defendant and is now **GRANTED**.

The Government submits that there are thousands of victims of the purported fraud charged in the indictment. Individual service is impractical, and the procedure the Government proposes- a public web page- is a reasonable procedure that is not unduly complicated and gives effect to the rights of crime victims outline in 18 U.S.C. § 3771. The Court therefore orders that the notice and consultation requirements in subsections (2) and (5) of Section 3771(a) may be met through the establishment of the Internet web page and by updating the web page by providing notice of relevant events in the case.

**IT IS SO ORDERED.**

DATED: June 11, 2012

*G. Patrick Murphy*
_____
G. PATRICK MURPHY
United States District Judge